UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GRAVER TECHNOLOGIES, INC.,**

    Plaintiff(s),

v.                                    CASE NO:  8:11-CV-1463-T-30TBM

**WATCH WATER USA, INC., et al.,**

    Defendant(s).
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Dkt. #6).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE and ORDERED** in Tampa, Florida on October 31, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1463 dismiss 6.docx